UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE:

FLORES, MARCELO S  
FLORES, SILVIA VELARDE

Case No. 09-12282-RGM  
Chapter 7

Debtor(s)

## REPORT OF DEPOSIT OF SMALL DIVIDENDS

Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the Trustee submits a check payable to "Clerk, United States Bankruptcy Court" in the amount of $4.08 representing small dividend to be deposited by the Clerk of the Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. §2042 and shall not escheat under any state law.

| Creditor's Name Acct. No. and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Discover Bank DFS Services LLC P O Box 3025 New Albany, OH  43054-3025 | 2 | $4.08 |

Dated:  12/30/2009

/s/ ROBERT O. TYLER  
ROBERT O. TYLER, Chapter 7 Trustee  
TYLER, BARTL, RAMSDELL & COUNTS, PLC  
700 S. Washington Street, Suite 216  
Alexandria, Virginia 22314  
(703) 549-5000